HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Boland

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21cr233-KJM |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| vs. | |
| JOHN BOLAND, | Date: November 8, 2022 |
| Defendant. | Time: 9:30 a.m. |
| | Judge: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Phillip A. Talbert, through Assistant United States Attorney James Robert Conolly, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant John Boland, that the status hearing currently set for November 8, 2022, at 9:30 a.m. be continued to January 24, 2023, at 9:30 a.m.

The parties specifically stipulate as follows:

1. By previous order, this matter was set for a status on November 8, 2022, at 9:30 a.m.
2. Mr. Boland now moves to continue the status conference to January 24, 2023, at 9:30 a.m.
3. The government has produced discovery to Mr. Boland and it plans to produce more discovery in short order. The government and Mr. Boland also intend to begin active plea negotiations to hopefully resolve the case.

4. The defense requires additional time to review the discovery; investigate and research possible defenses; research potential pretrial motions; consult with Mr. Boland; explore potential resolutions to the case; and otherwise prepare for trial.

5. Defense counsel believes that failure to grant the requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* U.S.C. § 3161(h)(7)(B)(iv).

6. The government does not object to the continuance.

7. The parties jointly request the Court to find that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Boland in a speedy trial; and for the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial Act), that the time period between November 8, 2022 and January 24, 2023, inclusive, be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A) (Local Code T4).

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: November 3, 2022         */s/ Hootan Baigmohammadi*
                              HOOTAN BAIGMOHAMMADI
                              Assistant Federal Defender
                              Attorneys for Defendant
                              Mr. Boland


Date: November 3, 2022         PHILLIP A. TALBERT
                              United States Attorney

                              */s/ James Robert Conolly*
                              James Robert Conolly
                              Assistant United States Attorney

Attorneys for Plaintiff

Stipulation and [Proposed] Order to Continue
Status Conference and Exclude Time                -2-                *United States v. Boland*,
                                                                    2:21-CR-233-DAD

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. However, no further continuances of the status conference in this case will be granted absent a compelling showing of good cause.

IT IS SO ORDERED.

Dated: **November 3, 2022**

/s/ Dale A. Drozd
UNITED STATES DISTRICT JUDGE