HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Boland

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  2:21cr233-DAD |
| | ) | |
| Plaintiff, | ) | **WAIVER OF PERSONAL APPEARANCE** |
| | ) | |
| vs. | ) | Date: |
| | ) | Time: |
| JOHN BOLAND, | ) | Judge: Hon. Dale A. Drozd |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, Defendant John Boland hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including when the case is set for trial, when a continuance is ordered, when time is excluded under the Speedy Trial Act, when a detention hearing is held, and when any other action is taken by the Court before or after trial, except upon such critical stages as an arraignment, change of plea, empanelment of jury and imposition of sentence.

Defendant hereby requests the Court to proceed during every absence of his which the Court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if defendant were personally present; and further agrees to be present in person in court ready for trial on any day which the Court may fix in his absence.

Defense counsel will advise the United States Marshals at least two weeks before the defendant's presence is needed.

1   DATED:   March 6, 2023                     /s/ John Boland (G.O. 616)
                                               JOHN BOLAND
2                                              Defendant

3

4   DATED:   March 6, 2023                     Respectfully submitted,

5                                              HEATHER E. WILLIAMS
                                               Federal Defender
6
                                               /s/  Hootan Baigmohammadi
7                                              HOOTAN BAIGMOHAMMADI
                                               Assistant Federal Defender
8                                              Attorneys for Defendant
                                               Mr. Boland
9

10                          **ORDER**

11          IT IS SO ORDERED.

12   Dated:   **March 7, 2023**              _Dale A. Drozd_

13                                           UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28