1    HEATHER E. WILLIAMS, SBN 122664
     Federal Defender
2    HOOTAN BAIGMOHAMMADI, SBN 279105
     Assistant Federal Defender
3    Designated Counsel for Service
     801 I Street, Third Floor
4    Sacramento, CA 95814
     T: (916) 498-5700
5    F: (916) 498-5710

6    Attorneys for Defendant
     Mr. Boland
7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10
     UNITED STATES OF AMERICA,       ) Case No.  2:21cr233-DAD
11                                   )
             Plaintiff,              ) **STIPULATION AND ORDER TO CONVERT**
12                                   ) **STATUS CONFERENCE TO CHANGE OF PLEA**
             vs.                     ) **HEARING AND ZOOM APPEARANCE**
13                                   )
     JOHN BOLAND,                    ) Date:  March 28, 2023
14                                   ) Time: 9:30 a.m.
             Defendant.              ) Judge: Hon. Dale A. Drozd
15   _____)

16          IT IS HEREBY STIPULATED and agreed by and between United States Attorney

17   Phillip A. Talbert, through Assistant United States Attorney James Robert Conolly, counsel for

18   Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hootan

19   Baigmohammadi, counsel for Defendant John Boland, that the status conference currently set for

20   March 28, 2023 at 9:30 a.m. be converted to a change of plea hearing for **March 28, 2023 at**

21   **9:00 a.m.** and that the parties shall appear by Zoom.  The parties have a signed plea agreement,

22   and the Court is available at said date and time for a Zoom proceeding.

23
                                         Respectfully submitted,
24
                                         HEATHER E. WILLIAMS
25                                       Federal Defender

26   Date: March 22, 2023               */s/  Hootan Baigmohammadi*
                                         HOOTAN BAIGMOHAMMADI
27                                       Assistant Federal Defender
                                         Attorneys for Defendant
28                                       Mr. Boland

     Stipulation and [Proposed] Order to Convert        -1-                    *United States v. Boland*,
     Status to COP by Zoom                                                      2:21-CR-233-DAD

1

2

3   Date: March 22, 2023                    PHILLIP A. TALBERT
                                            United States Attorney
4

5                                           */s/ James Robert Conolly*
                                            James Robert Conolly
6                                           Assistant United States Attorney
                                            Attorneys for Plaintiff
7

8

9

10

11

12                                    **O R D E R**

13          The Court, having received and considered the parties' stipulation, and good cause

14   appearing therefrom, adopts the parties' stipulation in its entirety as its order.  The court will

15   confirm the consent of defendant and his counsel to proceed by way of video appearance with

16   the change of plea hearing on the record at the scheduled hearing.

17          IT IS SO ORDERED.

18   Dated:   **March 22, 2023**          _____
                                          UNITED STATES DISTRICT JUDGE
19

20

21

22

23

24

25

26

27

28