§UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
October 10, 2023
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHN BOLAND,<br><br>　　　　Defendant. | Case No. 2: 21-CR-00233-DAD<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:　UNITED STATES MARSHAL:

This is to authorize and direct you to release __JOHN BOLAND__,

Case No. __2: 21-CR-00233-DAD__, from custody for the following reasons:

____ Release on Personal Recognizance

____ Bail Posted in the Sum of $ _____

____ Unsecured Appearance Bond $ _____

____ Appearance Bond with 10% Deposit

____ (Other):

**X** Defendant shall be released on October 11, 2023, at 9:00 a.m. to a Federal Public Defender staff member. Court directs ^(that if all possible DAD) Sacramento County Jail team to send a 30-day prescription order of insulin and needles to be filled by the Primary Care on Broadway and Stockton Blvd to facilitate addressing defendant's medical needs upon release.

Issued at Sacramento, California on October 10, 2023, at __1:10__ p.m.

By: ___*Dale A. Drozd*___
District Judge Dale A. Drozd